## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | Case No: 14 CR 447 |
| | ) | |
| v. | ) | Judge Posner |
| | ) | Magistrate Judge Cox |
| Hakim El Bey | ) | |
| Defendant | ) | |
| | ) | |

### **ORDER**

Initial appearance and arraignment held. Defendant, Hakim El Bey advised of his constitutional rights. Pivush Chandum is provisionally appointed for the hearing as counsel from the Federal Defender Program pending submission of a financial affidavit. The defendant waives formal reading of the Indictment and enters a plea of not guilty to all counts. The following schedule is entered: Rule 16.1(a) conference shall be conducted on or before 8/28/2014. Pretrial motions are due on or before 9/4/2014. Responses are due on or before 9/11/2014. Reply is due on or before 9/18/2014. Status hearing set for 9/25/2014 at 9:30 a.m. before Judge Posner. Defendant informed the Court that he is taking the following medications: Metformin HCL ER (500 ML), Enalapril Maleate (20 MG), Amoldipine Besylate (10 MG), Glimepiride (4 M) and Latanoprost Ophthalmic (2.5 ML). The Court respectfully recommends that the Warden of the Correctional Facility ensure that the Defendant receive a thorough medical examination and be prescribe the appropriate medication forthwith.   Government's oral motion for pretrial detention based on risk of flight is entered and continued until 8/22/2014 at 1:00 p.m. The Government's oral motion to exclude time until 8/22/2014 without objection by defense counsel is granted. Defendant shall remain in custody until further order of the Court. Warrant having been successfully executed, this matter is hereby ordered unsealed. In the interest of justice, time is ordered excluded to 8/22/2014 pursuant to 18:USC §3161(h)(7)(A)(B).

(Time 00:15)

Date: 8/21/2014

_____
U.S. Magistrate Judge