IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, Plaintiff(s), v. Hakeem El Bey, Defendant(s). | Case No. 14 CR 447<br>Judge Richard A. Posner |

## ORDER

Status hearing held on 9/17/2014. Mr. El Bey has informed the Court that he has decided to represent himself in this matter, and this Court finds that he is competent to make this decision and has made a knowing and voluntary waiver of his right to counsel. Motion by Piyush Chandra of the Federal Defender Program to withdraw as counsel (#16) is GRANTED, as is Mr. El Bey's oral motion to proceed pro se. Mr. Chandra should promptly tender discovery to Mr. El Bey. The parties are to submit all pretrial motions on or before 10/27/2014. Responses are due on or before 11/3/2014. Status hearing originally set for 9/25/2014 is reset to 11/10/2014 at 10:00 a.m. before Judge Posner, courtroom to be posted at a later date. In the interest of justice, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).
X-T

Date: 9/17/2014 /s/ Richard A. Posner
Judge Richard A. Posner

(00:35)