FILED
SEP 17 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Hakeem EL Bey
(Please print)

STREET ADDRESS: 439 Hoxie Avenue

CITY/STATE/ZIP: Calumet City Illinois (60409)

PHONE NUMBER: 708-288-0443

CASE NUMBER: 14 CR 447

By: Hakeem EL Bey        09/17/2014
Signature                Date

**REQUEST TO RECEIVE NOTICE THROUGH E-MAIL**

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[X] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

hakeem192004@yahoo.com
E-Mail Address
(Please Print Clearly)

Updated 03/26/14