MM-T

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FILED

SEP 17 2014

UNITED STATES

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**

V.

Case No. 14 CR 447

Judge POSNER

Hakeem EL Bey
**Defendant(s)**

AFFIDAVIT OF TRUTH

Doc#: 1424734058 Fee: $64.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 09/04/2014 01:09 PM Pg: 1 of 3

# AFFIDAVIT OF TRUTH

APPLICABLE TO THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HAKeem EL Bey - Sui Juris
v
UNITED STATES OF AMERICA

"COUNTER CLAIM WITH TRUE BILL"

This ALL Applies to Case NO. 14 CR 0447

I Hakeem EL, OF The House of Bey, ACCEPT your TRUE
Bill offer of 1.8 million.

I, HakeemEL, of The House of Bey, have never been
presented with your proper Commercial paper work to
support your Assessment.

INTERNAL Revenue Service need to show, Hakeem
EL, of The House of Bey, who was damaged and their
ASSESSMENT Aspect with a Sworn AFFedavit of TRUTH,
Point by point, the Liens and the TRUE Bill in
Commerce signed by the Damaged Party.

Your 8 counts is "FRAUD", based on the 1929
LATERN PACT. I, Hakeem EL of the House Bey, Counter
it x3 to 5.4 million, Paid in Gold or Silver and put
in my Account: 14 CR 0447.

"Pope FRANCIS" on July 11, 2013, Put out a "MOTU Proprio"
STATING that all Bankruptcy and Debt of The

UNITED STATES has Been discharged, and ALL
Immunity For Judges, ATTORNEY and Corporation OR
any one IN OFFICE has been taken away.

1) INDICTMENT NOT Signed OR Revealing who the
Plaintiff is with a SWORN AFFIDAVIT. — FRAUD

2) AGENTS OR Prosecutor NOT Revealing their
Identities OR Bond OR Bonding Company — FRAUD

3) ALL 8 Counts — FRAUD

RICO. Title 18, 1970 and House Bill 1907 oF June 11
2012, Signed by: GOVERNOR: PAT Quinn.

Included is
1) MOTU Proprio
2) BirthCertificate
3) ILLINOIS APostille From SecRETary OF STATE.
4) Copy Sent to: International TRADE Commission.

OFFICIAL SEAL
DENITA MOORE
Notary Public - State of Illinois
My Commission Expires Nov 19, 2015

Denita Moore
9/2/2014
Hakeem El Bey



Doc#: 1405854081 Fee: $44.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 02/27/2014 11:41 AM Pg: 1 of 4

HAkeem EL BeY
C/o 439 Hoxie Avenue
Celumet City. FLUNOIS
1-708-297-7211 (60409)

Apostolic Letter Issued Motu Proprio On the Jurisdiction of Judicial Authorities of Vatican City State in Criminal Matters

2/27/14 9:3!




## APOSTOLIC LETTER
### ISSUED *MOTU PROPRIO*

### OF THE SUPREME PONTIFF
# FRANCIS

## ON THE JURISDICTION OF JUDICIAL AUTHORITIES OF VATICAN CITY STATE IN CRIMINAL MATTERS

Apostolic Letter Issued Motu Proprio On the Jurisdiction of Judicial Authorities of Vatican City State in Criminal Matters

Case: 1:14-cr-00447 Document #: 20 Filed: 09/17/14 Page 6 of 20 PageID #:104

2/27/14 9:35 AM



   

## APOSTOLIC LETTER
### ISSUED *MOTU PROPRIO*

### OF THE SUPREME PONTIFF
# FRANCIS

## ON THE JURISDICTION OF JUDICIAL AUTHORITIES OF VATICAN CITY STATE IN CRIMINAL MATTERS

In our times, the common good is increasingly threatened by transnational organized crime, the improper use of the markets and of the economy, as well as by terrorism.

It is therefore necessary for the international community to adopt adequate legal instruments to prevent and counter criminal activities, by promoting international judicial cooperation on criminal matters.

In ratifying numerous international conventions in these areas, and acting also on behalf of Vatican City State, the Holy See has constantly maintained that such agreements are effective means to prevent criminal activities that threaten human dignity, the common good and peace.

With a view to renewing the Apostolic See's commitment to cooperate to these ends, by means of this Apostolic Letter issued *Motu Proprio*, I establish that:

1. The competent Judicial Authorities of Vatican City State shall also exercise penal jurisdiction over:

    a) crimes committed against the security, the fundamental interests or the patrimony of the Holy See;

    b) crimes referred to:

        - in Vatican City State Law No. VIII, of 11 July 2013, containing *Supplementary Norms on Criminal Law Matters*;

        - in Vatican City State Law No. IX, of 11 July 2013, containing *Amendments to the Criminal Code and the Criminal Procedure Code*;

        when such crimes are committed by the persons referred to in paragraph 3 below, in the exercise of their functions;

c) any other crime whose prosecution is required by an international agreement ratified by the Holy See, if the perpetrator is physically present in the territory of Vatican City State and has not been extradited.

2. The crimes referred to in paragraph 1 are to be judged pursuant to the criminal law in force in Vatican City State at the time of their commission, without prejudice to the general principles of the legal system on the temporal application of criminal laws.

3. For the purposes of Vatican criminal law, the following persons are deemed *"public officials"*:

a) members, officials and personnel of the various organs of the Roman Curia and of the Institutions connected to it.

b) papal legates and diplomatic personnel of the Holy See.

c) those persons who serve as representatives, managers or directors, as well as persons who even *de facto* manage or exercise control over the entities directly dependent on the Holy See and listed in the registry of canonical juridical persons kept by the Governorate of Vatican City State;

d) any other person holding an administrative or judicial mandate in the Holy See, permanent or temporary, paid or unpaid, irrespective of that person's seniority.

4. The jurisdiction referred to in paragraph 1 comprises also the administrative liability of juridical persons arising from crimes, as regulated by Vatican City State laws.

5. When the same matters are prosecuted in other States, the provisions in force in Vatican City State on concurrent jurisdiction shall apply.

6. The content of article 23 of Law No. CXIX of 21 November 1987, which approves the *Judicial Order of Vatican City State* remains in force.

This I decide and establish, anything to the contrary notwithstanding.

I establish that this Apostolic Letter issued Motu Proprio will be promulgated by its publication in L'Osservatore Romano, entering into force on **1 September 2013**.

*Given in Rome, at the Apostolic Palace, on **11 July 2013**, the first of my Pontificate.*

## FRANCISCUS

© Copyright - Libreria Editrice Vaticana

A communication from
The Chair of Saint Peter
Keeper of the Extraordinary Seal of Saint Peter

**United States Bankruptcy Court**
**Eastern District of Michigan**

IN RE: THE CITY OF DETROIT Chapter 9                Case # 13-53846

Honorable Steven W. Rhodes

---

## NOTICE OF ELIGIBILITY OBJECTION

The Chair of Saint Peter is the Principle and primary Trustee of the Global Estate Trust under whose jurisdiction the Roman Curia operates. The Chair of Saint Peter is both the Ecclesiastic as well as the organic Trustee of the Global Estate Trust with a fiduciary duty to the Divine living beneficiaries.

The "City of Detroit", THE CITY OF DETROIT," The UNITED STATES BANKRUPTCY COURT, and the UNITED STATES TRUSTEE(s) are legal fiction "Alien" Trustees who operate under the jurisdiction of the Roman Curia.

The people of The City of Detroit, the true creditors in the matter at hand, have requested the Chair of Saint Peter intervene on their behalf to officially object to the proceedings and to compel the return of the property to the Principle for administration in original jurisdiction.

The creditors in the Bankruptcy of THE CITY OF DETROIT officially object to the eligibility of THE CITY OF DETROIT as a debtor for the following:

1) The 300 year old "City of Detroit" is financially solvent as the inhabitants thereof have the ability to pay, via set off, all obligations when properly presented with a bill as all accounts are pre-paid. The legal fiction "THE CITY OF DETROIT" has failed to tender a valid Bill containing a sum certain thereby preventing satisfaction and accord to facilitate the continued economic slavery of the people of "The City of Detroit."

2) The bankruptcy petition is intentionally confusing and mis-leading failing to stipulate the specific meanings of the words used in the petition while employing multiple and diabolically opposed meanings to the words in the body of the document identifying the "inhabitants" as creditors and then debtors with a need to be protected from themselves in bankruptcy.

3) It is the less than 80 year old legal fiction "THE CITY OF DETROIT", a device which has been intentionally mismanaged by politicians, bureaucrats and consultants whose word smithing and slight of hand that has cast the inhabitants into economic slavery, which is intentionally insolvent.

4) "THE CITY OF DETROIT" is a device created by the Trustees and Administrators, Guardians operating under the jurisdiction of the Roman Curia, who having tricked the people into "pledging" their property as collateral, which has fraudulently converted the true Creditors into debtors reducing the creditors to the status of insolvent paupers having no rights.

5) "THE CITY OF DETROIT" is a legal fiction "Alien" who has hypothecated the credit of the people of "The City of Detroit" and holds the private matching funds who refuses to execute the set off of debt for the settlement and closure of the accounts to return the "City of Detroit" and "THE CITY OF DETROIT" to solvency.

It has been established in fact that "THE CITY OF DETROIT" is a legal fiction Alien whose ownership and/or control over the property and credit of the people is adversely affecting the Global Estate Trust as well as the living beneficiaries thereof.

The People, the true creditors, and the Principle IN RE the bankruptcy of THE CITY OF DETROIT hereby set forth the remedy, to wit: The immediate set off of the debt for settlement and closure of the accounts, liquidation of the legal fiction "THE CITY OF DETROIT," and the immediate return of the property, via escheat, to the Principle for administration in original jurisdiction.

Given the 17th day of August in the Year of Our Lord Two Thousand Thirteen.

BY HIS COMMAND

Authenticated Copy

From the Chair of Saint Peter via the Office of the Keeper of the Extraordinary Seal of Saint Peter
1300 Pennsylvania Avenue NW, Suite 190-715, Washington, District of Columbia 20004

# CERTIFICATION OF BIRTH

**BIRTH NUMBER:** 112-59-6014970

**NAME:** FREDERIC WADE JONES

**DATE OF BIRTH:** FEBRUARY 19, 1959     **SEX:** MALE

**PLACE OF BIRTH:** CHICAGO, COOK COUNTY, ILLINOIS

**MAIDEN NAME OF MOTHER:** VERA SELESTA HUFF

**PLACE OF BIRTH OF MOTHER:** GEORGIA     **AGE:** 22

**NAME OF FATHER:** ATWOOD JONES

**PLACE OF BIRTH OF FATHER:** MISSISSIPPI     **AGE:** 27

**DATE FILED:** FEBRUARY 24, 1959     **DATE ISSUED:** AUGUST 27, 2014

This is to certify that this is a true and correct abstract from the official record
filed with the Illinois Department of Public Health.

3261628



**County of Cook**
**State of Illinois**
CHICAGO, ILLINOIS 60602-1304

**Office of County Clerk**
**David Orr**



DAVID ORR     COUNTY CLERK
CL91

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.



VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED



## STATE OF ILLINOIS

### SECRETARY OF STATE

### SPRINGFIELD, ILLINOIS

APOSTILLE

(Convention de La Haye du 5 Octobre 1961)

1. Country:   United States of America

   This public document

2. has been signed by   KRISTA GREEN

3. acting in the capacity of NOTARY PUBLIC, SANGAMON COUNTY

4. bears the seal/stamp of STATE OF ILLINOIS

Certified

5. Springfield, Illinois

6.                                    AUGUST 26, 2002

7. by the Secretary of State, State of Illinois

8. No.   62288

9. Seal/Stamp:                        10. Signature:



JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

Doc#:  1018844090 Fee: $46.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 07/07/2010 02:29 PM Pg: 1 of 6

I-168

Space for recording purpose only:

**Great Seal Moorish National Sovereign**
**Original Indigenous Private Apostille**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Kingdom of the Power of | § | ss: Declaration of Mission |
| Heaven the Powers. on | § | Statement by Foreign |
| Earth the soil in | § | Neutral under The |
| Cook County | §§ | Absolute Law's of The |
| Province postal zone | § | Living Father. |
| Great Seal Moorish Indigenous | § | |
| Community "We the People" | § | |
| Sovereign Freehold Truth A-1 AA222141 | § | |

M

**KNOW THE PEOPLE BY THESE PRESENTS, GREETINGS:**

M

KNOW ALL MEN BY THESE PRESENTS: Under the authority of Declaration, for the Trust Written and Recorded at Chapter 9, verses 15 through 21, and at chapter 8, verse 7 through 13, Book of Hebrews, the undersigned Affiant, Declarant, and Trustee of said Torah Trust accepts and succeeds the appointment and Office of "Trustee" **Droit Dominium Jura in re**, as "Foreign neutral", thereof the Kingdom of the Power of Powers, sending state, for The United States of America and Territories or insulars possessions, Receiving state, as a Neutral in **intinere, ab initio**, August 1 ,1954 (       ), recognized by the receiving state Under authority To Wit:

The Ancient Scriptures

The 1814 Treaty of Ghent

The Convention of the Hague, 5 October 1961

Vienna Convention, 18 April 1961, U.N.T.S. Nos.7310-7312 vol. 500.pp.95-239

The Ordinance of the Territory North and West of the River Ohio, I Stat 51. 52. July 13 1787

International Organizations Immunities Act, 9 December 1945

The Vienna Convention on Law of Treaties U.N. Doc. A/Conf. 39/27 (1969). 68 A.J.I.I. 875 (1969) at Article 2.1 (a). (b) and (g) and Article 11 for "limited accession" per TIAS 100072 33 U.S.T. 883, 527 U.N.T.S. 189

The 1787 Treaty of Friendship and Peace

Principal III of the United Nation: Declarations of the Rights of the Child, "Every Child Shall, at birth, have the right to a Name and a Nationality"

The Convention on Rights and Duties of States, 49 Sat. 3097, T.S. 881 165 L.N.T.S. 19, 3 Bevans 145, done at Montevido Uruguay, 26 December 1934 @ Art. 2-3 id est. "sovereign ecclesiastical State"

Convention on the Conflict of Laws Relating to the Form of Testamentary Dispositions, Concluded 5 October 1961, #11,et. Seq., Conflict of Law (1993)

Vienna Convention on Consular Relation and Optional Protocals, Vienna 24 April 1963, U.N.T.S. Nos. 8638-8640 vol. 596, pp 262-512

Vienna Convention on the Law of Treaties, signed at Vienna 23 May 1969, U.N.T.S. Entry into Force: 27 January 1980.

Primary Duties are: Keep the Commandment Laws of the Living Father and, secondarily perpetuate the Testator's Will and Living Trust, in violate.

Secondary Duties included: Establish and maintain the "mission" and "mission post" for and On behalf of "the mission head " in representative capacity and provide for the maintenance and good Order of the families, staff, and other public servants there unto belonging: with absolute respect for and utmost integrity of Testator's Living Will and Trust, in abstentia.

" Domicile" is established by virtue of chapter nineteen (19) verse five (5) of the book of Exodus, and legal estate thereof with absolute allegiance and fidelity, excluding all others.

Any and all family and friends domiciled with the Foreign Neutral are neutrals "opposed to war in any form" and non-resident aliens to the "receiving state" afore said. Affiant-Trustee Acknowledges that as Trustee and Individually, he is neither a citizen, nor subject of the receiving state by imprescription and the term "imprescriptibility" is operative herein duly recognized in the case of Rabang v. I.N.S. (CA9 1994), 35 F. 3d 1449@n4, of United States v. Wong Kim Ark 169 U.S. 649, 18 S. Ct. 456, 483, 42 L.Ed. 890 (1898), of Udny v. Udny, L.R. 1 H.L. Sc. 457.

Trustee-Affiant is not a "legal entity" created by, for, nor on behalf of any other person, Group, association, nor corporation for political or commericial purposes and is not a surety, nor assumes culpability on behalf thereof as " civilitier mortuus", to the receiving state aforesaid.

Inclusio unius est exclusio alterius

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT
AND
NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

"Succession" is "special" for which presumption must yield truth

Mission Statement by Apostille

The undersigned Trustee-Affiant, succeeding to the appointment and Office aforesaid, Specially, authorizes the foregoing in Official capacity according to the express exceptions, Stipulations, and reservations above set out verbatim and those referenced in the authorities set out above, as attests My Hand and Seal in Faithful Witness thereof, the same being entirely true, correct, certain, and complete, according to the laws of the Kingdom and State aforesaid, so help Me Almighty Power of the Powers.

The Official Seal of the Foreign neutral, annexed below, is the only seal affixed upon Official Documents, charge d' affairs, and other correspondences appertaining the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of the Trustee-Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" nor "purpose".

Official Authorized Seal >>>>>>>>>>>>>>>>>

**OFFICIAL SEAL**
**KRISTA GREEN**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-18-2006

Signature Notary Public

9 - 26 · 02
Date

Foreign Neutral:

L.S. _Habeem El Bey_
Minister/Trustee/Consul

"In the mouth of two (2) or more witness shall every word be established".

_Cuelyn Chatmon_
Witness's Signature

26      08      02
Day    Month   Year

Witness's Signature

26      08      2002
Day    Month    Year

"Amend to date"

APOSTILLE REGISTRATION PURSUANT TO INTERNATIONAL PRIVATE LAW
(5 October, 1961 Hague Convention) WITH ADMINISTRATIVE AND JUDICIAL NOTICE

My indigenous, natural indigenous Great Seal Moorish nationality and status and sincerely held convictions forbid me to contract a political or legal affiliation within a statutory jurisdiction both "foreign to" and "contravention of" sovereign authority fundamental to the United States of America (constitutional Republic). The rights and of an indigenous, natural, native American who is not part of any body politic, a legal fiction or statutory citizen, are protected by Constitition, State, Federal and International Law applying to Individual Human Rights. It is unlawful to deny a right or sanction, condemn, or damage me because I do not enter statutory jurisdiction or process "foreign to" the U.S.A. (Constititional Republic). Violation is inclusive of coercing, frauding or compelling one into fictional capacity as a statutory U.S. citizen under the 14th Amendment whom is with benefit of constitutional protections and Due process. Violation also embraces official participation through "neglect or refusal" to "prevent or aid in preventing" rather then properly halting and mitigating prohibited damage. Violation creates liability rendering governmental "immunity from suit" defense moot.

Pursuant to my status of an indigenous, natural, Native American, I terminate relationship with the Social Security Administration and no longer use a "Social Security number"> Previous documentation may include a former "SSN", but I must now request that no individual or agency erroneously associates me with a "SSN" CREATING DAMAGE AND LIABILITY. Substitute documentation admissible under State, Federal or International Law may now be provided for "identification" purposes. It is unlawful to deny a right or to sanction, condemn, or damage me because I do not have a "SSN" conflicting with my sincerely held convictions.

Pursuant to and to avoid mistaken identity by erroneously addressing a fiction or a non-Natural being , my proper Indigenous Moorish name is spelled using upper and lower case ("Ibn Hakeem El Bey") and NOT in all upper case ("IBN HAKEEM EL BEY"). My birth place is : Great Seal Al Moroccoan Empire, born to Atwood Jones El Bey, (Father) and Vera El Bey, (Mother) both Great Seal Moorish Nationals. My indigenous, natural indigenous identity cannot identify with a state issued birth certificate conferring the status of an artificial entity, fiction at law or federally created living trust registered with the U.S. Department of Commerce, Bureau of Statistics (putting that artificial entity Trustee into a fiduciary relation to said trust having statutory and contractual obligation). [Ie U.S. public bankruptcy policies, 5 USC 903] (with no absolute rights to Constitutional protection and Due process).

**THIS FORMAL NOTICE OF APOSTILLE REGISTRATION OF NATIONALITY, WORLD CITIZENSHIP AND CERTIFICATE OF LIFE IS PURSUANT TO INTERNATIONAL PRIVATE LAW ( 5th October 1961 Hague Convention) AND CONTAINS AFFIDAVIT OF ADMINISTRATIVE AND JUDICIAL NOTICE**

Signed and executed
Under the Laws of the Great Seal Zodiac
Constitution, The 1787 Treaty of Friendship
And Peace, and Convention De La Haya Du
- 5th of October 1961, Etal.
"Amend to Date of Life (birth)

Taken for Value UCC 3-303
Exempt from Third party Levy"
UCC 1-207, (7) UCC 3-302, 3-305

19th day of February, 1959

Foreign neutral

L.S. *Hakeem El Bey*
**Minister/Trustee/Consul**



Doc#: 1304213042 Fee: $104.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 02/11/2013 02:20 PM Pg: 1 of 13

**Hakeem Bey**
439 Hoxie Avenue
Calumet City, IL 60409

T-1-708-297-7211
F Home Fax Phone

hakeem192004@yahoo.com
Home URL

02/01/2013

### Notice of Rescission of Signatures

To: INTERNAL REVENUE SERVICE

On or about 10th day of August, 2009, I, a man and living soul was coerced and deceived and defrauded by acts of non disclosure and with lack of consideration was enticed to put my signature on forms and other documents referred to as 1040 & 1041 forms.

Because of the act Non Disclosure, Mis Representation, Constructive Fraud and for reason that no equal consideration was given me which makes any agreement VOID, I, Hakeem El Bey, hereby rescind every and any and all signatures that I placed on any and all forms, documents, contracts and the like, acted upon on or about the 10th day of September, 2009.

All unconscionable contracts are subject to rescission under the common law and Admiralty Law for failure to make proper disclosures in constitute and acceptance. where there is no meeting of the minds, there is no contract as required by FDIC § 226.23(b)(1) regarding notice of right to rescind as set forth in In re Pearl Maxwell v. Fairbanks Capital Corporation, 281 B.R 101, 2002 Banker, Lexis 759.

The Cal. U. Com. Code addresses unconscionability in § 2316 (2006).

I waive and reject any and all benefits expressed or implied arising from any such signatures, all resulting contracts, agreement or trust resulting from force, deceit, under threat of arms, involuntary servitude and peonage, committed against myself.

Signed on this, the 1st day of February, 2013

*Hakeem El Bey*

Hakeem El Bey

Seal/Rt: Thumbprint

**Recording requested by;**

Hakeem El Bey

**When Recorded Return To;**

Hakeem El Bey

c/o 439 Hoxie Avenue

Calumet City Illinois (60409)



Doc#: 1227116016 Fee: $68.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 09/27/2012 10:23 AM Pg: 1 of 4

---

## Notification of reservation of rights UCC 1-308/UCC 1-207

PUBLIC Hakeem El Bey, sui juris

THIS IS A PUBLIC COMMUNICATION TO ALL All rights reserved UCC 1-308

Notice to agents is notice to principles C/o 439 Hoxie Avenue. Calumet City. Illinois (60409)

Notice to principles is Notice to Agents C/o 439 Hoxie Avenue. Calumet City. Illinois (60409)

Applications to all successors and assigns C/o 439 Hoxie Avenue. Calumet City. Illinois (60409)

All are without excuses, Phone: 708- 297- 7211
Let it be known to all that I, Hakeem El Bey. explicitly reserves all of my rights. UCC 1-308 which
was formally UCC 1-207.

Further, let it all be advised that all actions commenced against me may be in violation of,...

USC TITLE 18 > PART I > CHAPTER 13 > § 242 Deprivation of rights under color of law

USC TITLE 18 > PART I > CHAPTER 13 > § 241 Conspiracy against rights

Wherefore all have undeniable knowledge.

### AFFIDAVIT
Affiant, Hakeem El Bey, sui juris, a common man of the Sovereign People, does swear and affirm that
Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand
knowledge and conviction, such are true, correct, complete, and not

misleading, the truth, the whole truth, and nothing but the truth.

Signed *By: Hakeem El Bey* sui juris, This Affidavit is dated 09/26/12

NOTARY PUBLIC

By: *Hakeem El Bey*

STATE OF ILLINOIS

COUNTY OF COOK

Subscribed and sworn to before me, a Notary Public, the above signed your name here.

This day of September 27 , 2012

Notary Public MY COMMISSION EXPIRES: 9·3·2014

*Marlene L Harris-Waters*

"OFFICIAL SEAL"
Marlene L Harris-Waters
Notary Public, State of Illinois
My Commission Expires 9/3/2014

NESARA- REPUBLIC NOW - CM ACTION NEWS: The Pope declared Bankruptcy of USA on July 1, 2013 All debt accounts have been discharged.      6/18/14 9:11

Case: 1:14-cr-00447 Document #: 20 Filed: 09/17/14 Page 19 of 20 PageID #:117

# New Nesara Site
# CHECK IT OUT!

http://www.nesara
network.com/

## Donation NESARA
## NEWS

Donate



DONATIONS STILL NEEDED TO KEEP
BOTH SITES OPEN DO YOU WANT
NESARA NEWS?

# NO. 3

# PETITIONS

Cut Off Elect/Water to NSA
Petition To Ban Chemtrails & Haarp
Petition for Planetary Liberation NOW
Petition to stop GMO Apples
Petition Save Costa Rica Rainforest
Anti-surveillance Petition
Petition To Remove Foreclosed Corp
Gov.

## The Pope declared Bankruptcy of USA on July 1, 2013 All debt accounts have been discharged.

Subject: Fw: The Pope declared Bankruptcy of USA on July 1, 2013 All debt accounts
have been discharged...
To: tgambilltom@yahoo.com

## what is this really?????

**Subject:** The Pope declared Bankruptcy of USA on July 1, 2013 All debt
accounts have been discharged...

Subject: Re: Tim Turner gets 18yrs in prison... BREAKING NEWS: SELF-
PROCLAIMED SOVEREIGN CITIZEN GROUP PRESIDENT SENTENCED - 8/3/13

Second attempt....here's the Apostolic Letter:

The Pope declared the bankruptcy of the UNITED STATES ended as of July 1,
> 2013. ALL accounts are discharged and settled as of that date, including
> anything that JAMES TIMOTHY TURNER ever owed, plus, as of September 1,
> 2013, all the judges, lawyers, police, government officials, and those
> posing as government officials, and all officers of corporate franchises
> and entities organized under the auspices of the UNITED STATES and its
> STATE franchises become fully, personally, and commercially liable for
> their actions and omissions against the living beneficiaries of the public
> trusts.
>
> I am attaching a copy of the Apostolic Letter released on July 11, 2013.
>
> In the interim, if anyone tries to collect a debt established prior to
> July 1, 2013, you notify them of the bankruptcy settlement with a NOTICE
OF
> OBJECTION, and if you pay at all, pay with a check signed "Under Protest
> and Duress" to maintain your claim against them for the money back, plus
> damages, plus the right to enforce criminal charges against them for
> bankruptcy obstruction.
>
> Either the rats roll over, or UN peacekeepers will move in to remove them
> forcibly.
>
> Let's just hope they roll over.
>
>
>
>

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES
Plaintiff(s)

CASE No. _14 CR 447_

vs.

JUDGE: _POSNER_

Hakeem EL Bey
Defendant(s)

**PROOF OF SERVICE**

TO:  U.S. Department of Justice
KATHRYN E. MALIZIA
219 South Dearborn STREET Room500
CHICAGO, ILLINOIS 60604

TO:  _____
_____
_____

I, the undersigned (plaintiff/defendant), certify that on the _17_ day of _September_, 20_14_, I served a copy of this _AFFIOAVIT OF TRUTH_ to each person whom it is directed by way of _____.

Signature _By: Hakeem El Bey_
Name _Hakeem EL Bey_
Address _439 Hoxie Avenue_
City/Zip _Calumet City, ILLINOIS (60409)_
Telephone _708-288-0443_