**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| United States of America, <br><br> Plaintiff(s), <br><br> v. <br><br> Hakeem El Bey, <br><br> Defendant(s). | Case No. 14 CR 447-1 <br> Judge Richard A. Posner |

## ORDER

Defendant has filed an "Affidavit of Truth" (#20). It contains a counter-claim to the indictment and other documents. The counter-claim is DENIED on the ground that counter-claims are not permitted in criminal proceedings. Defendant is reminded that his religious or political affiliation is not relevant to this court's jurisdiction over him for crimes committed in the United States. Defendant has submitted documents appearing to contest the authenticity of his signature on documents filed to the Internal Revenue Service. Those documents may be relevant to his defense, and may be raised in support of a motion to dismiss the indictment, if the defendant chooses to file one. Mr. El Bey indicated at the 9/17/14 hearing that he does not wish for this Court to appoint standby counsel; if he decides that he would like to use standby counsel as a resource, he should let this Court know so that standby counsel may be appointed

Date: 9/19/2014                                                     /s/ Richard A. Posner
                                                                              Judge Richard A. Posner