UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

UNITED STATES OF AMERICA
                                      Plaintiff,

v.                                                Case No.: 1:14–cr–00447
                                                Honorable Richard A. Posner

Hakeem El Bey
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 10, 2014:

      MINUTE entry before the Honorable Richard A. Posner: Gabriel A. Fuentes of Jenner & Block is appointed standby counsel for Defendant, who is proceeding pro se. The Court informed Mr. El Bey of its decision to appoint standby counsel at the status conference held before Judge Posner on 11/10/14. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.