

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FILED

DEC **3 0** 2014 AJS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES

**Plaintiff(s)**

Case No. 14 CR 447

**V.**

Hakeem EL Bey

**Defendant(s)**

AFFidavit oF TRuTH

*Affidavit of Truth*

1) Challenging Jurisdiction with Case Laws

2) IRS Laws Repealed in 1939 and Treasury Order 150-02 which Legally Closed all 37 OFFICES CREATED by 150-01.

3) United STATES Corporation of 1871, is Insolvent and has been Dissolved on 12/12/2014

4) Exhibits + Federal Rules of Civil Procedure 12(B)(6) Case Dismissed.

i). UCC 1-308 - Challenging the COURTS Jurisdiction. Federal Rules of Civil Procedure 12(B)(6), The Prosecution has Failed to provide adequate proof that the parties involved in this Situation are actually Corporate entities. I have provided ample proof that the prosecution and other agent are actually Corporation.

Title 28-USC 1602-1611 - (Foreign Sovereign Immunities ACT) ALLOW the Jurisdiction of a COURT to be challenged and a demand of proper Jurisdiction to be Stated.

(Boyd rs U.S. 116 US 616 5th Amendment)

2). Internal Revenue Code - February 10, 1939 (H.R. 2762) (Public No.1) chapter 2 at Section 4. ALL Such Laws and parts of Laws codified herein, to the Extent they Relate exclusively to Internal Revenue, are Repealed. Show me the SLipLaw along with the Statutes. Show me the Law.

I, Hakeem EL, of the House of Bey, want to see a Lawful AFFidavit, Sworn by Agent, Witness, Prosecutor-Judge with SLip Laws and STatutes with wet INK signature in any Charge/ claim. ALL charges from the IRS or Federal Government must include Lawfully Enacted STATutes. Treasury ORDER (TO) 150-01 created 33 District and 4 Regional OFFICES under the Commissioner OF INTERNAL Revenue. TREASURY ORDER (TO) 150-02 which Cancelled 150-01, Legally closed all 37 OFFICES CREATED by (TO) 150-01. Therefore, the Commissioner is NOT Authorized to Collect TaXes.

1 OF 3

Miranda v ARIZONA, 384 US 436. Where rights Secured by the Constitution are involved, there can be No rule making Legislation which would abrogate them.

Clearfield TRUST v United STATES, 318 U.S. 363 Bank of United State v Planters' Bank of Georgia, 9 Wheaton (22US) 904, 6 L. Ed. 24

Government descend to the level of a mere private corporation and takes on the character of a mere private Citizen ( where private corporate commercial paper, Federal Reserve Notes and other negotiable debt instruments are concern). For purpose of Suit, Such corporation and individuals are regarded as an entity entirely Seperate From government.

3) The United STATES Corporation OF 1871 is insolvent and has been Dissolved on 12/12/2014. United States don't have a TREASURY Department.

4) Exhibit
  1) CONSTiTUTIONAL COURT ORDERED Common LAW NAME Correction
  2) INTERNATIONAL LAW Nationality AFFidavit
  3) Exemption Document Sent to Post OFFICE
  4) Exemption AFFidavit Sent to IRS with W8-Ben
  5) IRS Exempt Letter For W-4

IRS Corporation need to Show, HaKeem EL OF The House of Bey, the SWORD AFFidavit and the damaged party affidavit point by point. The ASSessment and SLipLAWS along with STATutes and the Delegate oF Authority. (U.S. v Tweel, 550 F.2d 297 (1977)) Silence can only be equated with FRAUD where there is a legal OR MORAL duty to speak OR where an inquiry left unanswered is intentionally misleading. (84 C.J.S. °355, Mass - Hough v NORTH ADAMS 82 N.E. 46, 196 Mass.290) A Failure Substantially to comply with STATutory requirement as to the mode and manner or making the levy invalidates the tax: and there must be strict compliance with mandatory procedure: No tax can be Sustained as valid unless it is Levied in

Accordance to the Letter of the Statue.

United Nation Number - 215/93

Federal Rule of Ciril Procedure 12(B)(b) CASE Dismissed

Hakeem El Bey

OFFICIAL SEAL
DENITA MOORE
Notary Public - State of Illinois
My Commission Expires Nov 19, 2015

Denita Moore
12/29/2014

3 oF 3





State of Illinois
Executive Department

CERTIFICATE

**To all to whom these presents shall come, greetings:**

I, JESSE WHITE, Secretary of State, Of the State of Illinois, do hereby certify that the following and hereto attached is a true copy of the original application and bond of VALENCIA BROOKS from which he/she was commissioned as notary public for the term beginning FEBRUARY 23, 2010 and to which the appointment will expire on FEBRUARY 23, 2014.

IN TESTIMONY WHEREOF, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois. Done at the City of Springfield, AUGUST 22, 2011.



_____
Secretary of State

STATE OF ILLINOIS )
                  ) SS
COOK COUNTY       )

# CERTIFICATE OF AUTHORITY

I, DAVID ORR, County Clerk of Cook County in the State of Illinois, certify that

## BROOKS, VALENCIA

the person named in the seal and signature on the attached document, is a Notary Public for the State of Illinois and was authorized to act as such at the time of the document's notarization.

To verify this Certificate of Authority for a Notarial Act, I have affixed my signature and seal of

office this ____8____ day of ____March, 2011____



**Cook County Clerk, State of Illinois**

**Deputy**

Cook County

## Constitutional Court Ordered Common Law Name Correction

**Hakeem El Bey**
Formerly known as
FREDERICK WADE JONES CEST QUE TRUST

Illinois Republic
Region 1 Samal Shariq-ISIS

Vs.                                                                                         ISIS file #101
State of Illinois

### Affidavit of Appellation/Name Correction
Pursuant To
### Indigenous Nationality & Aboriginal American Citizenship

- I Hakeem El Bey am of the age of maturity to make this affidavit and the facts herein
- I Hakeem El Bey am mentally competent to make this Official Affidavit of Facts for the Record
- I Hakeem El Bey have personal knowledge of the facts in this affidavit
- This affidavit is made under penalties of perjury and must be responded to by a counter affidavit within 30 days or it will stand as undisputed fact as a matter of law

"I declare under penalty of perjury under the laws of my Indigenous Nation and under the laws United States of America that the foregoing is true and correct.
[Made Pursuant to the ISIS Constitution & the United States Constitution & Title 28 USC Section 1746]
Pursuant to Private International Law, Domestic National Natural Law of Indigenous & Aboriginal Peoples and National/Citizens of the Republic of The United States of America, and in Compliance with United States Constitutional Treaty Standards According to Article VI of the United States Constitution the Following Living Being makes this Affidavit of Appellation/Name Change
FREDERICK WADE JONES CEST QUE TRUST

Shall be forever known by the following appellation and all records of Status will reflect the following appellation/name.
**Hakeem El Bey**

Is a registered member of The International Society of Indigenous Sovereigns an Internationally organized Indigenous Society that works towards the efforts of claiming Indigenous Status and Rights of Republican Natural Governments. This notice is made Internationally, Domestically[National, State], and Locally.
*Any Nation that is a part  by signatory and Seal of their Official Government & Representative of the*
***United Nations***
***Hague Convention on Private International Law***
*Is subject to these provisions*
*United Nations Declaration on the Rights of Indigenous Peoples UN61/295*
*Universal Declaration of Human Rights in Article 15;*
*Article 15.*
*1) Everyone has the right to a Nationality.*
*2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality*

_Frederick Wade Jones_                                              _Hakeem El Bey_
Old Signature / Authentication Seal                          New Signature / Authentication Seal

**JURAT**

State of ___IL.___

County of ___COOK___

Subscribed and sworn to (or affirmed) before me _Hakeem El Bey_ on this _2d_ day of _March_ 2011, Aboriginal Year 15096, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (seal)     "OFFICIAL SEAL"
                                                                   YALENCIA BROOKS

# COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of _ILLINOIS Republic_ }

County of _Cook_ } ss.

I, _HAKeem EL Bey_, hereby swear (or affirm) that the
attached reproduction of _Name Correction + Nationality Documents_ is a true,

correct and complete photocopy of a

document in my possession.

_Hakeem El Bey_
Signature of Custodian of Original Document

_439 Hoxie Ave Calumet City, IL_
Address

**"OFFICIAL SEAL"**
**VALENCIA BROOKS**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES FEB. 22, 2014

Place Notary Seal Above

Subscribed and sworn to (or affirmed)

before me on this _2nd_ day of
Date

_March_ _2011_
Month Year

_Valencia Brooks_
Signature of Notary Public

---

## OPTIONAL

*Though the information in this section is not required by law, it may prove valuable to persons relying on the
document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document: _Name Correction + Nationality Documents_

Document Date: _____ Identifying No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _International Indigenous Society_

### Capacity Claimed by Custodian

☐ Individual
☐ Corporate Officer — Title: _____
☐ University or School Officer — Title: _____
☒ Governmental Officer or Agent — Title: _Minister Ambassador_
☐ Business Proprietor or Manager
☐ Attorney
☐ Trustee
☒ Other: _Indigenous Minister_

RIGHT THUMBPRINT
OF CUSTODIAN
Top of thumb here

Custodian is Representing: _____

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • Prod. No. 5923 Reorder: Call Toll-Free 1-800-876-6827



**State of Illinois**
**Executive Department**

CERTIFICATE

**To all to whom these presents shall come, greetings:**

I, JESSE WHITE, Secretary of State, Of the State of Illinois, do hereby certify that the following and hereto attached is a true copy of the original application and bond of VALENCIA BROOKS from which he/she was commissioned as notary public for the term beginning FEBRUARY 23, 2010 and to which the appointment will expire on FEBRUARY 23, 2014.

IN TESTIMONY WHEREOF, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois. Done at the City of Springfield, AUGUST 22, 2011.



*Jesse White*
Secretary of State

STATE OF ILLINOIS )
) SS
COOK COUNTY )

# CERTIFICATE OF AUTHORITY

I, DAVID ORR, County Clerk of Cook County in the State of Illinois, certify that

## BROOKS, VALENCIA

the person named in the seal and signature on the attached document, is a Notary Public for the State of Illinois and was authorized to act as such at the time of the document's notarization.



To verify this Certificate of Authority for a Notarial Act, I have affixed my signature and seal of office this ___8___ day of ___March, 2011___

Cook County Clerk, State of Illinois

Deputy

# International Law Nationality Affidavit
# Private Aboriginal Indigenous American Nationality

- I Hakeem El Bey am of the age of maturity to make this affidavit and the facts herein
- I Hakeem El Bey am mentally competent to make this Official Affidavit of Facts for the Record
- I Hakeem El Bey have personal knowledge of the facts in this affidavit
- This affidavit is made under penalties of perjury and must be responded to by a counter affidavit by any and all parties within 30 days or it will stand as undisputed fact as a matter of law

"I Hakeem El Bey declare under penalty of perjury under the laws of ISIS and the United States of America that the foregoing is true and correct.

[Made Pursuant to ISIS Constitution, Universal Declaration of Human Rights, UN res. 61/295- Declaration of Human Rights, UN res. 60/147 Human Rights Law, Hague Convention, & Title 28 USC Section 1746]

Appellation: **Hakeem El Bey**

Title: Indigenous Ministerial Ambassador

INTERNATIONAL INDIGENOUS SOCIETY

Pursuant to The Universal Declaration of Human Rights Article 15 which the United States and all it's Departments are Subject to,

### 1) Everyone has the right to a Nationality.
### 2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality

* Pursuant to The Declaration of Indigenous Rights enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated

* Pursuant to the United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated

* Pursuant to UN 60/147 Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Gross Violations of International Human Rights Law and Serious Violations of International Humanitarian Law

* Pursuant to the Treaty of Watertown 1776 and the United States Constitution [Article VI]

* Pursuant to United States Code Title 18 Section 112 Protections of Internationally Protected Persons

* Pursuant to United States Code Title 18 Section 241 Conspiracy Against Rights & 242 Deprivation of Rights Under Color of Authority

I, **Hakeem El Bey** having the lawful and legal status as a National of an Aboriginal Indigenous Nation [Abannaki Indigenous Nation] and Confederation [ISIS] and the status of Indigenous Moor am a [United States National] by contract and Treaty. I have a permanent allegiance to the United States by way of the Treaty of Watertown 1775, Treaty of Delaware 1778, and all other Confederate Treaties with the United States. My Lineage and Nationality is Indigenous Aboriginal Moor. I recognize and respect all the laws governing the Republic of the United States of America. I recognize all International Laws that apply to Indigenous Peoples. I recognize the ISIS Constitution and the United States Constitution as the Supreme Laws of the Land along with all of the Treaties, which are also the Supreme law of the land. I honor and obey all of the laws that pertain to my Indigenous Nationality and status. By recognizing the laws of the United States and United States of America I am not relinquishing any of my Indigenous rights or rights according to Treaty agreements.

I, **Hakeem El Bey** am not a corporate citizen, fictitious entity, artificial person, 14th amendment citizen of the United States subject to the public debt obligation, or surety that is civilly dead. I am a Certified Ministerial Ambassador of my Indigenous Government, Faith, and Spiritual Practices. I have no tax liability from any corporate agencies due to my status. I herein Reserve All of my inherent Natural Rights, Indigenous Aboriginal Rights as an Indigenous Moor, my Constitutional Rights, and all International rights that apply.

*Hakeem El Bey*　　　All Rights Reserved
(Authentication Seal / Signature)".

---

JURAT

State of _____ Ill. _____

County of _____ Cook _____

**Subscribed and sworn to** (or affirmed) before me _Hakeem El Bey_ on this _2nd_ day of _March_ 2011, Aboriginal Year 15096, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Valencia Brooks_ (seal)

© International Society of Indigenous Sovereigns

"OFFICIAL SEAL"
VALENCIA BROOKS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES

**TO(NAME):** PAYROLL SERVICE BRANCH

**FAX NUMBER:** 1-651-406-1369

**NUMBER OF PAGES(INCLUDING COVER):** 9

**FROM(NAME):** HAKeem EL Bey

**PHONE NUMBER:** 708-297-7211

**COMMENTS:** _____
_____
_____
_____
_____
_____
_____
_____

# Hakeem Bey
430 Hoxie Avenue
Calumet City, IL 60409

T-1-708-297-7211
F Home Fax Phone

hakeem192004@yahoo.com
Home URL

October 28, 2011

### Affidavit of Truth and Instruction

Att: United States Postal Service,

Dear Payroll Services Branch,

I, Hakeem El Bey, Work for the USPS, in Forest Park, Illinois-The NDC, SSN-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

I'm instructing the Postal Service, to stop taking Federal and State Taxes and to return all

Taxes taken in year 2011 and make me, Hakeem El Bey, whole.

Enclosed is my Legal Documents of my Exemptions, and I , Hakeem El Bey would like this

action to take effect immediately.

I'm a American Indian Moor and is Exempt from Taxes.

Sincerely yours,

Hakeem Bey

Hakeem El Bey

# Aboriginal Republic of North America Government
## International Indigenous Society
### Aboriginal Tribal Council







**National Flag**                                    **National Seal**                              **Treaty Flag**
Aboriginal Republic of North America Government
International Indigenous Society
Aboriginal (Hakeem El Bey)
c/o P.O. Box 497204
Wasat [Cook County, Illinois Republic 60649]
Phone: 1-773-891-5415
Fax: 1-773-891-5428
**Attention to: (United States Postal Service)**
Greetings: This letter is for (Hakeem El Bey). It has been requested of the Aboriginal Republic of North America Government/
International Indigenous Society Choctaw/Cherokee Tribe to present Treaty Evidence of Non-Tax liability for Nationals of Our
Tribe.

The Treaty of Camp Holmes 1836 Article 3 Indemnification by United States for loss of Property of Indigenous Peoples
The *Treaty of Dancing Rabbit Creek* 1830
Article 4. Autonomy of the Aboriginal Choctaw Nation and descendants to be secured from laws of U.S. states and territories
**All Property of Aboriginal Exempt**
United States Code Title 8 Section 1401 Clause (b)
*The following shall be nationals and citizens of the United States at birth*
*(b) a person born in the United States to a member of an Indian, Eskimo, Aleutian, or other aboriginal tribe: Provided, That the granting of*
*citizenship under this subsection shall not in any manner impair or otherwise affect the right of such person to tribal or other property:*
United States Constitution Article I section2 clause 3 Indigenous Americans exempt from taxes 14th amendment clause 2
*Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of*
*persons in each State, excluding Indians not taxed. (Property and lawfully termed Indigenous Peoples)*
In this case Nationals/Citizens of our Tribes retain their right to all of their Property including their compensation for labor which is also
exempted in the United States Constitution as shown above. Our formal procedure to insure non tax liability in the past has been to send
an official letter from our Tribe to the respective business and evidence of our status with authentication notices to and from the United
States Department of State. Below is other case law that supports our Treaties with the United States.

Thus, treaties must be interpreted as the Indians would have understood them at the time they were made
United States v. Winans, 198 US (1908)

1) treaties as the law of the land pursuant to the Supremacy Clause of the United States Constitution [Article VI] as codified
   in USC Title 25 Section 71 [no obligation of any treaty lawfully made and ratified with any such Indian nation or tribe
   prior to March 3, 1871, shall be hereby invalidated or impaired]

2) Title 25 USC Section 1322 Assumption by State of Civil Jurisdiction

   **(b) Alienation, encumbrance, taxation, use, and probate of property**
   Nothing in this section shall authorize the alienation, encumbrance, or taxation of any real or personal property, including water
   rights, belonging to any Indian or any Indian tribe, band, or community that is held in trust by the United States or is subject to a
   restriction against alienation imposed by the United States; or shall authorize regulation of the use of such property in a manner
   inconsistent with any Federal treaty, agreement, or statute, or with any regulation made pursuant thereto; or shall confer
   jurisdiction upon the State to adjudicate, in probate proceedings or otherwise, the ownership or right to possession of such
   property or any interest therein.

Please contact our Tribal Legal Counsel if you have any questions
Our Justice Council: Amenta Indigenous Law Institution
                    1-773-891-5415 (Office) or 1-773-891-5428 (Fax)

Thank You

# Aboriginal Republic of North America Government
# International Indigenous Society
# Indigenous Native American Tribal Council



**National Flag**



**National Seal**



**Treaty Flag**

## NOTICE OF NON TAX LIABILITY/EXEMPT
## In Re: (Hakeem El Bey)

Aboriginal Republic of North America Government
International Indigenous Society
Chief Minister Jabari Nazir Bey/Aboriginal Lawyer
c/o P.O. Box 497204
Wasat [Cook County, Illinois Republic 60649]
Phone: 1-773-891-5415
Email: isisillinoisrepublic@yahoo.com
**Name of Indigenous National: (Hakeem El Bey)**
**Notice of Constitutional Non Tax Liability for Indigenous Americans**
Greetings: (United States Postal Service)

This letter is to notify your office that a member of our Aboriginal Indigenous tribe is presently accessing their Natural Right guaranteed by the United States Constitution and Treaties to be classified as having No Tax Liability on Compensation for Labor. This Tax Exemption is a right and is protected by the Constitution of the United States of America and Supreme Court Decisions. Our Tribe acts as the Official and sole Tax Fiduciaries for our Indigenous nationals pursuant to Form 56 [attached]

Native Americans cannot be terminated from labor or not paid for accessing this right [Discrimination based on National origin **[See Department of Justice 1-9 Form Employment eligibility]** and contractual compensation must be provided for all time that is given in labor.

- The Federal government provides alternative legal recourse for peoples who fall under this status. This information is provided herein:
- International Law at the United Nations Declaration of the rights of Indigenous Peoples UN 61/295 and the Organization of American States Declaration of the Rights of Indigenous Peoples are herein incorporated
  **Constitutional Exemption for Indigenous Peoples [Native Americans]**

14th Amendment Section 2. Representatives shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state, **excluding Indians not taxed.** (Properly and lawfully termed **Indigenous Peoples**)

### Supreme Court Case decisions that state Income and Compensation for Labor are not the same

- **Stapler v U.S., 21 F Supp 737 AT 739 (1937)** "Income within the meaning of the Sixteenth Amendment and the Revenue Act, means 'gain'... and in such connection 'Gain' means profit.. .proceeding from property, severed from capital, however invested or employed, and coming in, received, or drawn by the taxpayer, for his separate use, benefit and disposal... **Income is not a wage or compensation for any type of labor.**"

- **Oliver v. Halstead 86 S.E. Rep 2nd 859 (1955):** "There is a clear distinction between `profit' and `wages', or a compensation for labor.** Compensation for labor (wages) cannot be regarded as profit within the meaning of the law. The word `profit', as ordinarily used, means the gain made upon any business or investment – a different thing altogether from the mere compensation for labor."

- **Laureldale Cemetery Assoc. vs Matthews, 345 Pa. 230 (1946):** "Reasonable compensation for labor or services rendered is not profit"

### IRS Legal Provisions for Those who have no Social Security Numbers

For your Notice there is no Legal requirement to have a taxpayer identification number /social security number. Any attempts by anyone to force you to have one are considered discrimination.

The Federal Government and IRS lay out these laws if a person does not have a Social Security number:

26 U.S.C. 6109(a)(3) (Supp. 1992)"

The IRS regulation interpreting section 6109 provides:

"If he does not know the taxpayer identifying number of the other person, he shall request such number of the other person. A request should state that the identifying number is required to be furnished under the law. When the person filing the return, statement, or other document does not know the number of the other person, and has complied with the request provision of this paragraph, he shall sign an affidavit on the transmittal document forwarding such returns, statements, or other documents to the Internal Revenue Service so stating.."

Treas. Reg. 301.6109-1(c) (1991)

"The applicable IRS statute and regulation place a duty on the employer to request a taxpayer identifying number from the employee. If document must be filed and the employer has been unable to obtain the number but has made the request then the employer need only include as affidavit stating that the request was made."

The Government also avers that:

"In 1989, Internal Revenue Code Section 6676, 26 U.S.C. and 6676 (1989), set forth the penalties for failing to supply the IRS with identifying numbers as required by the code....a $50.00 penalty will be imposed for failure of an employer to provide an identifying number on any document filed with the IRS *unless it is shown that the failure was due to reasonable cause and not willful neglect.* The Treasury Regulation interpreting the Statute states:

Under Section 301.609-1(c) a payor is required to request the identifying number of the payee.  If after such a request has been made, the payee does not furnish the payor with his identifying number, the penalty will not be assessed against the payor.

Your legal department can contact our Tribal Justice Council @ 1-773-891-5415
Or fax us 1-773-891-5428
If there has been a violation of rights due to discrimination we plan to prosecute to the fullest measure:
Thank you
We greet you in Peace

Justice Council
Amenta Indigenous Law Institution

10/31/2011 09:30 17088625299 CAL CITY SIBLEY CE PAGE 05/09

| Form **56** | | |
|---|---|---|
| (Rev. December 2007) | **Notice Concerning Fiduciary Relationship** | OMB No. 1545-0013 |
| Department of the Treasury Internal Revenue Service | (Internal Revenue Code sections 6036 and 6903) | |

## Part I  Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| Haleem El Bey | 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 | ¦ ¦ |

Address of person for whom you are acting (number, street, and room or suite no.)
**439 Hoxie Avenue**

City or town, state, and ZIP code (if a foreign address, see instructions.)
**Calumet City, Illinois 60409**

Fiduciary's name
**International Society of Indigenous Sovereigns**

Address of fiduciary (number, street, and room or suite no.)
**P.O. Box 42083**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Shaykhamaxum Samel Sharig [Philadelphia, Pennsylvania 19104]** | (  ) |

## Part II  Authority

1  Authority for fiduciary relationship. Check applicable box:
a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . .  (2) Date of death _____
b(1) ☑ Court order appointing fiduciary . . . . . . . . . . . . . . . . ▶ (2) Date (see instructions) _____
c  ☑ Valid trust instrument and amendments
d  ☐ Other. Describe ▶ Aboriginal /Indigenous Tribal Authority, US Constitution Article 1 Sec 2 Clause 3, Article 6
_14th Amendment Clause a, Aboriginal Republic of North America Constitution_

## Part III  Nature of Liability and Tax Notices

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **Income, Trust**
3  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **1040, W-2, W-4 (Federal), W-4 (Illinois)**
4  Year(s) or period(s) (if estate tax, date of death) ▶ **1977-2011**
5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☑
6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or period(s) applicable _____

## Part IV  Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . ▶ ☑
Reason for termination of fiduciary relationship. Check applicable box
a  ☑ Court order revoking fiduciary authority
b  ☑ Certificate of dissolution or termination of a business entity
c  ☑ Other. Describe ▶Aboriginal/Indigenous Nationality US National (Natural Born Citizen) Tax exempt statue/Right

### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶ ☐
.b  Specify to whom granted, date, and address, including ZIP code.
▶List of tax trustees I am cancelling are the Internal Revenue Service, Illinois Department of Revenue, Cook County City of Chicago, Federal Government, Office Max, J&J Security Service, State of Illinois, Department of Treasury

### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ▶ ☑
▶International Society (Aboriginal Republic of North America Government)
P.O. Box 42083 Shaykhamaxum Samel Sharig [Philadelphia, Pennsylvania 19104]

For Paperwork Reduction Act and Privacy Act Notice, see back page.     Cat. No. 16375I     Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                              Page **2**

**Part V**  **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated |
| --- | --- | --- | --- |
| Aboriginal Native American Tribunal ISIS Abannaki | | | 10/18/2011 |
| Address of court | | | Docket number of proceeding |
| Suite 42083 | | | 01/23/1975 |
| City or town, state, and ZIP code | Date | Time | Place of other proceedings |
| Sheykhsmtocum Samal Shariq | 10/18/2011 | a.m. p.m. | |

**Part VI**  **Signature**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Please Sign Here ▶

ALL Rights Reserved

*Hakeem El Bey*

| Fiduciary's signature | Minister | 10/18/2011 |
| --- | --- | --- |
| | Title, if applicable | Date |

ALL Rights Reserved

Form **56** (Rev. 12-2007)

10/31/2011   09:30   17088626299          CAL CITY SIBLEY CE          PAGE   08/09

# Form W-4 (2011)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2011 expires February 16, 2012. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** If another person can claim you as a dependent on his or her tax return, you cannot claim exemption from withholding if your income exceeds $950 and includes more than $300 of unearned income (for example, interest and dividends).

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be based on a flat amount or percentage of wages.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using

Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 919 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 919 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the amount you are having withheld compares to your projected total tax for 2011. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

---

## Personal Allowances Worksheet (Keep for your records.)

| | | |
|---|---|---|
| **A** | Enter "1" for **yourself** if no one else can claim you as a dependent | A ____ |
| **B** | Enter "1" if: { • You are single and have only one job; or<br>• You are married, have only one job, and your spouse does not work; or<br>• Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } | B ____ |
| **C** | Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) | C ____ |
| **D** | Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return | D ____ |
| **E** | Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) | E ____ |
| **F** | Enter "1" if you have at least $1,900 of **child or dependent care expenses** for which you plan to claim a credit | F ____ |
| | (**Note.** Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | |
| **G** | **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.<br>• If your total income will be less than $61,000 ($90,000 if married), enter "2" for each eligible child; then less "1" if you have three or more eligible children.<br>• If your total income will be between $61,000 and $84,000 ($90,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have six or more eligible children | G ____ |
| **H** | **Add lines A through G and enter total here.** (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ | H ____ |

| For accuracy, complete all worksheets that apply. | • If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.<br>• If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $40,000 ($10,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.<br>• If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below. |
|---|---|

- - - - - Cut here and give Form W-4 to your employer. Keep the top part for your records. - - - - -

---

| Form **W-4** | **Employee's Withholding Allowance Certificate** | | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | | **2011** |

| 1   Type or print your first name and middle initial.   Last name | | 2   Your social security number |
|---|---|---|
| Hakeem   E                                           Bey | | N/A |

| Home address (number and street or rural route) | 3   ☐ Single   ☐ Married   ☐ Married, but withhold at higher Single rate. |
|---|---|
| 439 Hoxie Avenue | Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. |

| City or town, state, and ZIP code | 4   If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐ |
|---|---|
| Calumet City, Illinois Republic | |

| 5 | Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) | 5 | |
|---|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck | 6 | $ |
| 7 | I claim exemption from withholding for 2011, and I certify that I meet **both** of the following conditions for exemption.<br>• Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**<br>• This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.<br>If you meet both conditions, write "Exempt" here ▶ | 7   Exempt | |

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

| Employee's signature<br>(This form is not valid unless you sign it.) ▶ | *Hakeem El Bey  All Rights Reserved* | Date ▶ 10/18/2011 |
|---|---|---|

| 8   Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9   Office code (optional) | 10   Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 10220Q          Form **W-4** (2011)

10/31/2011  09:30  17088625299          CAL CITY SIBLEY CE          PAGE  09/09

# Illinois Withholding Allowance Worksheet

## General Information

Complete this worksheet to figure your total withholding allowances.

Everyone must complete Step 1.

Complete Step 2 if
- you (or your spouse) are age 65 or older or legally blind, or
- you wrote an amount on Line 4 of the Deductions and Adjustments Worksheet for federal Form W-4.

If you have more than one job or your spouse works, you should figure the total number of allowances you are entitled to claim. Your withholding usually will be more accurate if you claim all of your allowances on the Form IL-W-4 for the highest-paying job and claim zero on all of your other IL-W-4 forms.

You may reduce the number of allowances or request that your employer withhold an additional amount from your pay, which may help avoid having too little tax withheld.

## Step 1: Figure your basic personal allowances (including allowances for dependents)

Check all that apply:
- ☐ No one else can claim me as a dependent.
- ☐ I can claim my spouse as a dependent.

1 Write the total number of boxes you checked.                                    1 _____

2 Write the number of dependents (other than you or your spouse) you will claim on your tax return.                                    2 _____

3 Add Lines 1 and 2. Write the result. This is the total number of basic personal allowances to which you are entitled.                                    3 _____

4 If you want to have additional Illinois Income Tax withheld from your pay, you may reduce the number of basic personal allowances or have an additional amount withheld. Write the total number of basic personal allowances you elect to claim on Line 4 and on Form IL-W-4, Line 1.                                    4 _____

## Step 2: Figure your additional allowances

Check all that apply:
- ☐ I am 65 or older.                     ☐ I am legally blind.
- ☐ My spouse is 65 or older.             ☐ My spouse is legally blind.

5 Write the total number of boxes you checked.                                    5 _____

6 Write any amount that you reported on Line 4 of the Deductions and Adjustments Worksheet for federal Form W-4.                                    6 _____

7 Divide Line 6 by 1,000. Round to the nearest whole number. Write the result on Line 7.                                    7 _____

8 Add Lines 5 and 7. Write the result. This is the total number of additional allowances to which you are entitled.                                    8 _____

9 If you want to have additional Illinois Income Tax withheld from your pay, you may reduce the number of additional allowances or have an additional amount withheld. Write the total number of additional allowances you elect to claim on Line 9 and on Form IL-W-4, Line 2.                                    9 _____

**Note:** If you have non-wage income and you expect to owe Illinois Income Tax on that income, you may choose to have an additional amount withheld from your pay. On Line 3 of Form IL-W-4, write the additional amount you want your employer to withhold.

✂ — — — — — — — Cut here and give the certificate to your employer. Keep the top portion for your records. — — — — — — — — ✂

Illinois Department of Revenue

## IL-W-4  Employee's Illinois Withholding Allowance Certificate

_N A_ ___ - ___ - _____

Social Security number

_Hakeem EL Bey_

Name

_439 Hoxie Avenue_

Street address

_Calumet City_        _ILLINOIS Republic_

City                          State          ZIP

Check the box if you are exempt from federal and Illinois Withholding Income Tax. ☒

1 Write the total number of basic allowances that you are claiming (Step 1, Line 4, of the worksheet).                 1 _____

2 Write the total number of additional allowances that you are claiming (Step 2, Line 9, of the worksheet).                 2 _____

3 Write the additional amount you want withheld (deducted) from each pay.                 3 _____

I certify that I am entitled to the number of withholding allowances claimed on this certificate.

_Hakeem El Bey  All Rights Reserved  10/12/2011_

Your signature                                        Date

**Employer:** Keep this certificate with your records. If you have referred the employee's federal certificate to the Internal Revenue Service (IRS) and the IRS has notified you to disregard it, you may also be required to disregard this certificate. Even if you are not required to refer the employee's federal certificate to the IRS, you may still be required to refer this certificate to the Illinois Department of Revenue for inspection. See Illinois Income Tax Regulations 86 Ill. Adm. Code 100.7110.

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center.          IL-492-0009

IL-W-4 (R-12/05)

Hakeem El Bey

SSN- 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

### AFFIDAVIT OF TRUTH

I 'm writing this affidavit to put the Internal Revenue on Notice, about my status

and who I am. I, Hakeem El Bey, am a  Aboriginal Indigenous Native American Muur.

I, Hakeem El Bey, included copies of my documents so that your corporation will

no that you don't have any Jurisdiction over myself and that I, Hakeem El Bey

is exempt from your taxes.

Thank You

*By: Hakeem El Bey*

By: Hakeem El Bey

1

## International Indigenous Society
## Genealogy Certification

### Original Indigenous Muurish Jurisdiction
### Indigenous Lands of North American Continent & The Earth
### Preliminary Certification Of Aboriginal Tribal Lineage
### You are of Cherokee-Choctaw-Seminole Lineage [Muurs] –
### See Attached Dawes Roll Surname Search

Extended Searches are done by our Genealogy Department
Your Search came up positive for:
Surname Huff Cherokee Choctaw
Surname Jones Choctaw
We will have to search the roll cards to further affirm your relations to the surnames listed.
The other family surnames you provided are listed even though the individuals were not. Further detailed searches may show your relationship to the
peoples under those surnames who are probably some of your relatives you do not know.

CHER= Cherokee CHOC = Choctaw, CREK = Creek, CHIC=Chickasaw, SEM= Seminole DEL = Lenabi Delaware
Most of the rolls of the Cherokee and Choctaw match because our ancestors were being registered on both rolls as Freedmen/ women
The 6 civilized tribes especially the Cherokee and Choctaw are related to the Mayan & Olmec Civilizations - see works by Dr. Muhammad
For further guidance on genealogy see website section Genealogy Services
Sealed By International Union of Notaries
Civil Law Notary of International Indigenous Society
Chief Executive Minister: Abdul-Ali Muhammad
This Document is made pursuant to:
Universal Declaration of Human Rights Article 15
UN res. 61/295- Declaration of Rights of Indigenous Peoples
UN res. 60/147 Human Rights Law
Organization of American States Declaration of Indigenous Rights

Appellation: Hakeem El Bey
Title: Indigenous Minister
INTERNATIONAL INDIGENOUS SOCIETY
Certification Made By
Dr. Abdul Ali Muhammad All Rights Reserved
(Authentication Seal/Signature)".
Flag: Original Indigenous Moorish Flag
Notice to All Officers of Government
Pursuant to the International Laws Above this document is of International Status
Contact Our Office 1-888-574-9042
Or contact us by mail @PO BOX 42083
Shaykamaxum [Philadelphia, Pennsylvania] (19101)
Affirmed and signed/sealed before me _Abdul-Ali: Muhammad_ this _22_ day of _Feb_ in the Year
_2011_ Aboriginal Year _15096_

*(vertical text, left margin)* International Indigenous Society Tax Exempt - Indigenous - Ecclesiastical United States National American Republic Aboriginal Tribe _listed_ Constitutional Exemption Art 1 Sec 2 C1-8 US Department of State Notice # 06013144-1 All Rights Reserved

© International Society of Indigenous Sovereigns

**International Union of Notaries**
**International Indigenous Society**
**Abannaki Aboriginal Muurs - Shaykhamaxum**
Dr. Abdul - Ali Muhammad - Region 1
UN - 215-93 Geneva
Poverty Point Earthworks, Louisiana



Form **W-8BEN**
(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code. ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:** — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — **Instead, use Form:**
- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . W-9
- A person claiming that income is effectively connected with the conduct
  of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization,
  foreign private foundation, or government of a U.S. possession that received effectively connected income or that is
  claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . W-8ECI or W-8EXP
  Note: *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY
  Note: *See instructions for additional exceptions.*

### Part I — Identification of Beneficial Owner (See instructions.)

| 1 Name of individual or organization that is the beneficial owner | 2 Country of incorporation or organization |
|---|---|
| Hakeem El Bey | United States of America |

3 Type of beneficial owner: [✓] Individual [ ] Corporation [ ] Disregarded entity [ ] Partnership [ ] Simple trust
[ ] Grantor trust [ ] Complex trust [ ] Estate [ ] Government [ ] International organization
[ ] Central bank of issue [ ] Tax-exempt organization [ ] Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
439 Hoxie Avenue

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| Calumet City, Illinois Republic | United States of America |

5 Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

6 U.S. taxpayer identification number, if required (see instructions)
[ ] SSN or ITIN [✓] EIN 27-4713504

7 Foreign tax identifying number, if any (optional)

8 Reference number(s) (see instructions)

### Part II — Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):
a [✓] The beneficial owner is a resident of ...... Aboriginal lands ...... within the meaning of the income tax treaty between the United States and that country.
b [ ] If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
c [ ] The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
d [ ] The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
e [ ] The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article .............. of the treaty identified on line 9a above to claim a .............. % rate of withholding on (specify type of income): ...............................
Explain the reasons the beneficial owner meets the terms of the treaty article: Aboriginal Nationality Natural Born Citizen of Republic Treaty of Camp Holmes Articles 3,7,& 10 Treaty of Watertown Article 3 US Constitution Article I Section 2 clause 3 Article VI 14th Amendment Clause 2 Exemption for Indigenous Americans

### Part III — Notional Principal Contracts

11 [ ] I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV — Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates.
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶ By: Hakeem El Bey 4/1/2011
Signature of beneficial owner (or individual authorized to sign for beneficial owner) — Date (MM-DD-YYYY) — Capacity in which acting

RECEIVED APR 2 2 2011 INTERNAL REVENUE SERVICE

**IRS** Department of the Treasury
Internal Revenue Service

P.O. Box 9047, Stop 834 ANSC
Andover MA 01810-0947

In reply refer to: 0866142062
Oct. 18, 2011  LTR 2813C    0
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  000000 00
                    00009027
              BODC: WI



HAKEEM BEY
10134 S CALUMET AVE
CHICAGO  IL  60628-2102

007474

Social Security Number: 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

Dear Hakeem Bey:

WHY ARE WE WRITING TO YOU?

We are releasing our previous withholding instructions, which
specified a withholding rate and withholding allowances. We will
direct your employer(s) listed below to honor your current Form W-4,
Employee's Withholding Allowance Certificate, if valid. Your
employer(s) will also be directed to honor any valid Form W-4 you
submit in the future.

WHAT ACTION DO YOU NEED TO TAKE?

It is a legal requirement to have adequate withholding from wages and
to file all tax returns timely and pay all taxes in full. Any future
failures to file or full pay timely could result in subsequent
withholding compliance lock-in letters being issued.

In order to meet the above requirement, you should submit a new Form
W-4 to your employer(s) any time your personal or financial situation
changes (for example, marriage, birth of child, or major change in
wages).

WHERE CAN YOU FIND ADDITIONAL INFORMATION?

Additional information is available in Publication 919, How Do I
Adjust My Tax Withholding? You can also find additional information
on our website at www.irs.gov, keyword: topic 753.

WHAT IF YOU HAVE MORE QUESTIONS?

If you have any questions, you may contact the Withholding Compliance
Unit by:

- Calling 1-866-791-0289 weekdays between the hours of 8:00 a.m. and
  8:00 p.m.; or
- Sending a fax to 978-474-1326; or
- Writing to the address shown below:

    Internal Revenue Service
    Compliance Services

```
                                                    0866142062
                              Oct. 18, 2011  LTR 2813C    0
                              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  000000 00
                                                      00009028
```

HAKEEM BEY
10134 S CALUMET AVE
CHICAGO  IL  60628-2102


          Withholding Compliance Unit
          P.O. Box 9047, Stop 837
          Andover, MA 01810-0947

Whenever you contact us please give us your telephone number with the
hours we can reach you.

Keep a copy of this letter for your records.


                    Sincerely yours,

                    *Maureen A. Judge*

                    Maureen A. Judge
                    Operations Manager, Collection

```
                                                   0866142062
                              Oct. 18, 2011  LTR 2813C    0
                              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   000000 00
                                                   00009029
```

HAKEEM BEY
10134 S CALUMET AVE
CHICAGO  IL  60628-2102



007474

The following employer(s) will receive a letter instructing them to
honor any valid Form W-4, Employee's Withholding Allowances, you
submit.

Employer's Name

U S Postal Service

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

_UNITED STATES_
Plaintiff(s)

vs.

_Hakeem EL Bey_
Defendant(s)

CASE No. _14 CR 447_

JUDGE: _POSNER_

**PROOF OF SERVICE**

TO: _U.S. Department of Justice_
_Kathryn E. Malizia_
_219 South Dearborn STREET Room 500_
_CHICAGO, ILLINOIS 60604_

TO: _____
_____
_____

I, the undersigned (plaintiff/defendant), certify that on the _30_ day of _December_, 20_14_, I served a copy of this _AFFidavit of TRuth_ to each person whom it is directed by way of _____ .

Signature _By: Hakeem El Bey_
Name _Hakeem EL Bey_
Address _439 Hoxie Avenue_
City/Zip _Calumet City, ILLINOIS (60409)_
Telephone _708-288-0443_