# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                  Case No.: 1:14–cr–00447
                                  Honorable Richard A. Posner

Hakeem El Bey

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 12, 2015:

      MINUTE entry before the Honorable Richard A. Posner: As to Defendant Hakeem El Bey (1): Pretrial conference held before Judge Posner on 2/12/15. Parties are to file any objections to the Court's proposed voir dire questions by 2/19/2015. Parties are encouraged but not required to submit preliminary witness and exhibit lists by 2/23/2015. Government's motion to admit spending–spree evidence is GRANTED provided that the government can first establish that the Defendant did not have alternative means to finance the purchases in question. Government's motion to admit business records through certification is DENIED. Defendant made an oral motion naming Judge Posner as trustee of the El Bey trust; as the Court informed the Defendant, Judge Posner will not serve as trustee. For the reasons stated at the hearing, the Court orders the Defendant to refrain from introducing evidence, testimony, or argument at trial regarding: the Uniform Commercial Code, the Federal Rules of Civil Procedure, admiralty and maritime law, common law, or the Foreign Sovereign Immunities Act. Defendant is also to refrain from arguing at trial: that the Court lacks jurisdiction over the Defendant; that the United States government is a corporation or is insolvent; or that the IRS has been dismantled. Jury selection will begin at 9am on 3/2/15, courtroom to be announced shortly. Parties should be prepared to give opening argument on 3/2/15. Owing to a prior conflict on the Court's schedule, trial will then continue on Tuesday afternoon. Mailed notice (ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.