# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

UNITED STATES

**Plaintiff(s)**

v.

Case No. 14 CR 0447

Hakeem EL Bey

Judge POSNER

**Defendant(s)**

**FILED**

FEB 1 2 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SKJ

# Affidavit of Truth

I, Hakeem EL, of The House of Bey, Filed a "Motion to Dismiss" on January 15, 2015, for Failure to Answer Discovery and the Last day for Filing was January 26, 2015.

The Plantiff - UNITED STATES and ATTORNEY KATHRYN MALIZIA, Refused to answer and put on Record & Docket.

1) 12(B)(6) - Failure to state a claim upon which Relief can be granted.

2) Federal Rule 12(H)(3)
   1). Lack of Jurisdiction over Subject Matter (Commercial Class)
   2). Lack of Jurisdiction over the Person (contracted Artificial Subject vs Natural Borne).

I, Hakeem EL, of The house of Bey, I am Filing this For The Record, I am a Beneficiary of The Trust, and I am Appointing you, "Judge Posner" as my Trustee.

I, Hakeem EL Bey, Direct you, "Judge Posner", as my Trustee to Discharge the Matter, Case No. 14CR0447, that I am Accused of and Eliminate the Record.

I, Hakeem EL Bey, Suffered Damages as a Result of my Kidnapping and Property Stolen.

I want to be Compensated from the Trust, 122,500 Dollars x 3 in Redemption from the Proceeds of The Court.

Fraud = 122,500 x 3 = 367,500 Dollars.

Three Hundred Sixty Seven Thousand and Five Hundred Dollars.



Queen of England, entered into a Treaty with the Federal Government for the Taxing of Alcoholic beverages and Cigarettes sold in America. The Treaty is called - The Stamp Act and in this Act, the Queen ordained that her Subject, the American people, are EXONERATED OF ALL OTHER Federal Taxes.

So the Federal Income Tax and the State Income Taxes Levied against all Americans is Contrary to an International TREATY and against the Sovereign Orders of the Queen.

OFFICIAL SEAL
DENITA MOORE
Notary Public - State of Illinois
My Commission Expires Nov 19, 2015

*Denita Moore*
2/11/15

*Hakeem El Bey*



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

UNITED STATES
Plaintiff(s)

CASE No. 14 CR 0447

vs.

JUDGE: POSNER

Hakeem EL Bey
Defendant(s)

## PROOF OF SERVICE

TO: U.S. Department of Justice
KATHRYN E. MALIZIA
219 South Dearborn STREET Room 500
CHICAGO, ILLINOIS 60604

TO: _____

I, the undersigned (plaintiff/defendant), certify that on the 12th day of February, 2015 I served a copy of this AFFidavit of TRUTH to each person whom it is directed by way of _____.

Signature By: Hakeem EL Bey
Name Hakeem EL Bey
Address 439 Hoxie Avenue
City/Zip Calumet City, Illinois (60409)
Telephone 708-288-0443