**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| United States of America ,<br><br>Plaintiff(s),<br><br>v.<br><br>Hakeem El Bey,<br><br>Defendant(s). | Case No. 14 CR 447<br>Judge |

## **ORDER**

The Court requests that this Court's order of February 20, 2015 [#46] be personally served on the Defendant by the United States Marshals Service.

Date: 2/23/2015  /s/ Richard A. Posner
United States District Judge