**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

United States of America
,

Plaintiff(s),

v.

Hakeem El Bey,

Defendant(s).

Case No.  14 CR 447
Judge  Richard A. Posner

## **ORDER**

Voir dire begins.   Jury Trial begins and is continued to 3/3/2015 at 1:30 PM.

Date:  3/2/2015

/s/ Richard A. Posner
United States District Judge