IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America , Plaintiff(s), v. Hakeem El Bey, Defendant(s). | Case No. 14 CR 447-1 Judge Richard A. Posner |

## ORDER

Case called for sentencing hearing on 7/22/2015 at 9:30 AM. The Court waited for an hour; defendant does not appear. Order bench warrant to issue as to the defendant, Hakeem El Bey for failure to appear for sentencing. Execution of the bench warrant is stayed until 7/23/2015 at 9:30 AM.

Date: 7/22/2015                                    /s/ Richard A. Posner
                                                   United States District Judge

(01:00)