**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

United States of America,

Plaintiff(s),

v.

Hakeem El Bey,

Defendant(s).

Case No. 14 CR 447
Judge Richard A. Posner

## ORDER

In response to the MOTION by USA for forfeiture as to Hakeem El Bey [76], the Court directs the USA to submit a proposed preliminary order of forfeiture by August 17, 2015.

## STATEMENT

In response to the MOTION by USA for forfeiture as to Hakeem El Bey [76], the Court directs the USA to submit a proposed preliminary order of forfeiture by August 17, 2015. The proposed order should be concise and in plain English, without the jargon of the motion. It should correct the motion's erroneous claim that the jury found $600,000 subject to forfeiture and should provide an accurate statement of the grounds for ordering a money judgment in the amount of $600,000. It should also state clearly that the real property and automobile are subject to forfeiture in partial satisfaction of the money judgment, not in addition to the money judgment. In addition, it should indicate whether the government has searched or intends to search records that would show any liens against the real property or automobile. Finally, it should state clearly the three stages of the forfeiture proceeding: preliminary order; seizure and opportunity for objections; final forfeiture order. The USA is directed to file the proposed order with the Court and also email to Chambers an identical copy in Word.

Date:  8/13/2015

/s/ Richard A. Posner
United States Circuit Judge