IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America

,

Plaintiff(s),

v.

Hakeem El Bey,

Defendant(s).

Case No. 14 CR 447-1
Judge Richard A. Posner

### ORDER

Case called for status hearing on 9/10/2015; defendant Hakeem El Bey refused to appear for today's hearing. Status hearing is set for 9/11/2015 at 10:00 AM in courtroom 1919. Standby counsel and the probation officer are directed to appear. The Marshals Service and Kankakee County Detention Officers are directed to use force, if necessary, to bring the defendant to court on 9/11/2015 and to all future court appearances.

Date: 9/10/2015

_____
U.S. Circuit Judge Richard A. Posner

(00:15)