**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| United States of America, Plaintiff(s), v. Hakeem El Bey, Defendant(s). | Case No. 14 CR 447 Judge Richard A. Posner |

## ORDER

Defendant having been taken into custody on August 28, 2015, the Clerk's Office is directed to update the docket with the following address for defendant:

Hakeem El Bey
USM No. 47442-424
Jerome Combs Detention Center
3050 Justice Way
Kankakee, Illinois 60901

Date: 9/17/2015

/s/Richard A. Posner
U.S. Circuit Judge Richard A. Posner