

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
FILE NUMBER 14 CR 0447

**FILED**

SEP 3 0 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Judge Posner |
| ) | |
| :hakeem :el-bey, sur juris ) | |
| ) | |
| Defendant ) | |

## NOTICE OF APPEAL

Notice is hereby given that :hakeem :el-bay, a living breathing undead man in the above named case United States of America v. :hakeem :el-bey, hereby appeal to the United States Court of Appeals for the 7th Circuit from the final order entered in this action on the 17th day of September 2015.

Respectfully submitted,

**UCC 1-308 without prejudice
hakeem el bey**

:hakeem :el-bey
Attorney for Defendant
Jerome Comb Detention Center
3050 South Justice Way
Kankakee, IL 60901
(815) 802-7272