```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )    Docket No. 14 CR 447
          Plaintiff,         )
                             )
     vs.                     )
                             )    Chicago, Illinois
HAKEEM EL BEY,               )    July 22, 2015
                             )    9:36 AM
          Defendant.         )


                   TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE RICHARD A. POSNER

APPEARANCES:

For the Plaintiff:        MR. ZACHARY T. FARDON
                          United States Attorney
                          BY:  MS. KATHRYN E. MALIZIA
                          219 S. Dearborn Street
                          Chicago, Illinois  60604


For the Defendant as      JENNER & BLOCK LLP
Standby Counsel:          BY:  MR. GABRIEL A. FUENTES
                               MS. MONICA PINCIAK-MADDEN
                          353 North Clark Street
                          Chicago, Illinois  60654


ALSO PRESENT:             MS. SANDRA DENICHOLAS, Probation




Court Reporter:           SANDRA M. TENNIS, CSR, RMR, FCRR
                          Official Court Reporter
                          219 S. Dearborn Street, Room 2260
                          Chicago, Illinois  60604
                          (312) 554-8244
                          sandra_tennis@ilnd.uscourts.gov
```

1         THE CLERK: 14 CR 447, USA versus Hakeem El-Bey,
2    for sentencing.
3         MS. MALIZIA: Good morning, your Honor. Kathryn
4    Malizia on behalf of the United States. I'm afraid we are
5    still without the defendant.
6         THE COURT: Beg your pardon?
7         MS. MALIZIA: We are still without the defendant,
8    your Honor. I have not seen him this morning. I don't know
9    if we want to give him a few more minutes. It could be
10   security.
11        THE COURT: Well, we will wait a few minutes. I
12   had asked a probation officer to visit him last week to
13   remind him about the session today, and he said he would show
14   up. And he even submitted one of his affidavits of truth in
15   which he --
16        MS. MALIZIA: I did see that, your Honor, yes.
17        THE COURT: Is there any -- I mean, could you give
18   him a call, or something?
19        MS. MALIZIA: Your Honor, I am --
20        THE COURT: I don't know what the procedure is,
21   never having --
22        MS. MALIZIA: I believe probation may have a
23   contact number for him. From what I understand, it may have
24   changed recently.
25        PROBATION OFFICER: I'm sorry?

1                MS. MALIZIA:  Do you have a good contact number for
2    him?
3                PROBATION OFFICER:  I believe I have a contact
4    number.  Sandra DeNicholas from the Department of Probation.
5                THE COURT:  I'm sorry, do you want to come up to
6    the --
7                PROBATION OFFICER:  Sure.  Sandra DeNicholas from
8    the Department of Probation.
9                THE COURT:  Hi.
10               PROBATION OFFICER:  I believe I have a working
11   number for him.  He has never answered when I've called.
12   I've left messages, and he hasn't returned them.  But we
13   could try that.  Or I'm wondering if he is trying to find
14   which courtroom, for some reason, if he didn't get notice.
15   But I don't know.
16               MS. MALIZIA:  In his most recent filing, he did say
17   he would be appearing in this particular courtroom.
18               PROBATION OFFICER:  Oh, okay.
19               MS. MALIZIA:  So I think he is aware.
20               PROBATION OFFICER:  Then that's not the issue.
21               THE COURT:  Were you the officer who visited him?
22               PROBATION OFFICER:  I am not, your Honor.  I
23   arranged for one of my colleagues to go.  And then I spoke
24   with that colleague that met with him in person, and he
25   verified that he had all the documents.  We gave him another

1  copy of all the documents and then confirmed with him that he
2  knew the court date and time.  And he affirmed that he would
3  be here on time.  He specifically said that.
4              THE COURT:  Well, what would you suggest I do?
5              PROBATION OFFICER:  I can step outside and try and
6  call him?
7              THE COURT:  I think that would be a good idea.
8              PROBATION OFFICER:  Okay.
9              THE COURT:  Yeah, great.  Thanks.
10             MR. FUENTES:  Good morning, Judge.
11             THE COURT:  Hi, Mr. Fuentes.
12             MR. FUENTES:  May the record reflect that Gabe
13 Fuentes and Monica Pinciak-Madden from Jenner and Block are
14 here as standby counsel.
15             THE COURT:  Thank you.
16             MR. FUENTES:  Thank you.
17             THE COURT:  Pleased to have you.
18             PROBATION OFFICER:  There was no answer at his home
19 telephone number, your Honor.
20             THE COURT:  Well, it could be a good sign or a bad
21 sign.  Is there any number that Mr. El Bey would know to call
22 if he is stuck somewhere or his car doesn't work, or
23 something?
24             PROBATION OFFICER:  Your Honor, he does have my
25 telephone number.  And I receive e-mails when I have a

1   voicemail to my telephone.  And so I haven't received any
2   messages this morning.
3           THE COURT:  Right.  So he does have a way of
4   reaching you?
5           PROBATION OFFICER:  Yes.  And I believe he has the
6   number to the pretrial services office as well.  And I
7   haven't received any messages from them.
8           THE COURT:  Okay.  Well, we'll just wait a few more
9   minutes.  Mr. Fuentes, have you been in touch with Mr. El Bey
10  at all?
11          MR. FUENTES:  I have not, your Honor, other than by
12  mail.
13          THE COURT:  Ms. Malizia, do you have any
14  suggestions as to what we should do?
15          MS. MALIZIA:  Your Honor, unless he is running very
16  late, which is still a possibility, I mean, there may be a
17  delay on the trains, in a situation like this, it's not
18  unusual for the government to request a bench warrant,
19  especially given that Mr. El Bey told the probation officer
20  in person last week that he intended to appear today.  And
21  based on his last filing, he knew the time and location of
22  this hearing and said he planned to appear.  It could be that
23  there was an emergency.  But the fact that he is not
24  answering his phone and there is really no way for anybody to
25  get in touch with him, it is within the Court's discretion to

1   issue a warrant.

2   Alternatively, we could set another date, if not
3   for the sentencing itself, at least to secure his appearance
4   here and find out what happened. But it's really -- it's up
5   to your Honor.

6   THE COURT: I mean, he did show up promptly for
7   the first --

8   MS. MALIZIA: He had -- I mean, he has a great
9   track record of being here. It could be that there was an
10  emergency. I mean, it could be any number of things. On the
11  other hand, we have no way of getting in touch with him at
12  the moment, other than physically showing up at his home.

13  THE COURT: Ms. DeNicholas, do you have any
14  suggestions?

15  PROBATION OFFICER: I don't, your Honor. I was
16  actually just communicating with some other officers to see
17  if there was any other suggestions. But because he
18  doesn't -- he claims to not receive his mail, we have that
19  issue. He doesn't seem to respond to my phone calls. You
20  know, I don't know anyone in the courtroom that has success
21  in getting in touch with him. If he has a great track record
22  of showing up for other -- I've only been to one sentencing
23  hearing date where he has shown. But if he has shown for
24  others, maybe there is something -- you know, an emergency
25  going on, or he is just significantly late, I don't know.

1    But I don't know what more we can do other than --
2            THE COURT:  Right.
3            PROBATION OFFICER:  -- you know, serve him in
4    person and remind him, which is obviously just time-consuming
5    and --
6            THE COURT:  Well, on the positive side is the fact
7    that he showed up for all -- during the trial and before the
8    trial, the hearing before the trial, he showed up very
9    prompt.  So that's the positive side.  He did submit that
10   rather strange affidavit of truth about the undead.
11           MS. MALIZIA:  Yes, your Honor.
12           THE COURT:  You wonder a little.  So, I mean, I'm a
13   little reluctant to issue a bench warrant without, of course,
14   knowing the circumstances.  And was it your alternative
15   suggestion had been to schedule another hearing or --
16           MS. MALIZIA:  Your Honor, again, we could set
17   another date, hope he shows up.  But, again -- or in the
18   meantime, at least, if he reaches out to probation hopefully
19   with an explanation.  Alternatively, I mean, we could give
20   him a little bit more time.  He is not that late.  If he
21   doesn't show up at all, we could -- your Honor could consider
22   issuing a bench warrant.  Again, it's unusual that there is
23   no way for anyone in this courtroom to get in touch with him.
24   And that's why I wonder whether it would be productive to
25   continue to reset this hearing.

1          PROBATION OFFICER: That was going to be my
2    thought, your Honor, is I would not suggest that a bench
3    warrant would be something typical in this circumstance, when
4    he has shown before.
5          THE COURT: Right.
6          PROBATION OFFICER: That seems a little harsh. But
7    I don't know any other way of, you know, getting him here for
8    sure. And it sounds like he was prepared to go forward based
9    on his filing. So to set another court date and have him not
10   show, to then set another court date possibly for sentencing
11   seems to be a lot of wasted time by the court, but --
12         THE COURT: Well, why don't we wait until 10:00,
13   see if anything -- one of the problems is I have a conference
14   in my court at 11:00. So I can't remain indefinitely or
15   reschedule it for today. So we'll just wait another ten
16   minutes; and then if he shows up, I'll come down. But I
17   won't be able -- I don't think I will have time for this
18   sentencing. Well, we'll just wait for ten minutes.
19         (Recess at 9:52 AM; Resumed at 10:21 AM.)
20         THE COURT: I'm going to issue a bench warrant.
21         MS. MALIZIA: Your Honor, before you do that, if I
22   may make a suggestion?
23         THE COURT: Of course.
24         MS. MALIZIA: You're, of course, well within your
25   authority to issue a bench warrant. In discussing this with

1    the agents and probation, in the alternative, you could set
2    the hearing over for a couple days and one of our agents
3    could go to his home, maybe admonish him that, if he did not
4    show up for the new sentencing date, a bench warrant would
5    issue.
6           I think we are all in agreement that it is very
7    unusual for him not to make a court appearance, and there may
8    be an innocent explanation; or, of course your Honor is well
9    within your authority to issue a warrant today.  The marshals
10   will execute it, and hopefully he will be here very soon.
11          THE COURT:  Okay.  Thank you, Ms. Malizia.
12   Ms. DeNicholas, did you want to add something?
13          PROBATION OFFICER:  Your Honor, I think that the
14   assistant has a great suggestion because of his positive
15   track record of being here.  If we could have one of the
16   agents go out to his house, that could be -- and warn him
17   that a warrant will issue should he not appear, absent any
18   innocent reason for not being here, then he would at least
19   know what's ahead.
20          THE COURT:  Yeah.  No, I'm going to issue the bench
21   warrant and I'm -- issue the bench warrant today, but I don't
22   want it executed until tomorrow morning.
23          MS. MALIZIA:  All right.  Your Honor, we will, of
24   course, notify the court if we hear from him in the meantime.
25          THE COURT:  I appreciate that.  Anything further?

1    MS. MALIZIA: Nothing from the government.
2    THE COURT: Okay.
3    MS. MALIZIA: Thank you, Judge.
4    THE COURT: Well, thank you very much.  Sorry to
5 keep everybody here.
6        (Which were all the proceedings heard.)
7                        CERTIFICATE
8    I certify that the foregoing is a correct transcript
9 from the record of proceedings in the above-entitled matter.
10 /s/Sandra M. Tennis                March 10, 2016

Sandra M. Tennis                          Date
Official Court Reporter