Case: 1:14-cr-00447 Document #: 148 Filed: 02/08/18 Page 1 of 1 PageID #:2114

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

UNITED STATES )
    Plaintiff )   Case Number: CR-00447
)
)   Judge: CHANG
v. )
Bey, hakeem el dba as )
HAKEEM EL BEY )   Magistrate Judge:
    Defendant )

FILED
FEB 08 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Requesting a meeting in "Private" in Judge Chang chambers.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]